IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JENNINGS,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant.<br>_____/ | No. 08-04652 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this matter is referred to the Honorable Judge William A. Alsup for a determination whether it is related to C-05-1690 WHA, <u>Jennings v. Government of the United States</u>, C-05-2726 WHA, <u>Jennings v. Mueller</u>, C-05-3986 WHA, <u>Jennings v. Government of the United States of America</u>, C-06-6159 WHA, <u>Jennings v. United States of America, et al</u>, and C-08-2923 WHA, <u>Jennings v. Department of Justice</u>. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

    10/31/08

Dated _____           _____
                                                                CLAUDIA WILKEN
                                                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD JENNINGS,

        Plaintiff,

  v.

DEPARTMENT OF JUSTICE et al,

        Defendant.

Case Number: CV08-04652 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Jennings
P.O. Box 2432
Mill Valley, CA 94942

**Julie Ann Arbuckle**
U.S. Department of Justice
United States Attorney's Office
450 Golden Gate Ave., 11th Fl.
P.O. Box 36055
San Francisco, CA 94102

Honorable William H. Alsup
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: October 31, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California